# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case Nos. 5D2022-2700
5D2022-2764
LT Case Nos. 2017-CF-000233-A
2019-CF-000724-A

_____

TERRANCE KWAMAINE WILLIAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Sumter County.
Mary P. Hatcher, Judge.

Rachael E. Reese and Olivia M. Goodman, of O'Brien Hatfield Reese, P.A., Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Daniel Caldwell, Assistant Attorney General, Daytona Beach, for Appellee.

July 23, 2024

PER CURIAM.

AFFIRMED.

WALLIS, SOUD, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____